# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY WELCH, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION H-17-2498 |
| | § | |
| MERISSA VELEZ, *et al.*, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Pending before the court is a memorandum and recommendation ("M&R") entered by Magistrate Judge Nancy Johnson on November 13, 2017. Dkt. 9. Defendant Allstate Insurance ("Allstate") filed a motion to dismiss for improper venue. Dkt. 3. Plaintiff Anthony Welch did not respond. The Magistrate Judge recommends dismissing Welch's claims (Dkt. 1) for improper venue. Dkt. 9. Welch did not file any objections to the M&R. After reviewing the M&R, the motion to dismiss, and the applicable law, the court agrees with the Magistrate Judge that Welch's claims should be dismissed. The court finds no clear error on the face of the record. Fed. R. Civ. P. 72(b), Advisory Comm. Note (1983). Accordingly, the M&R is ADOPTED IN FULL, Allstate's motion to dismiss is GRANTED, and Welch's claims are DISMISSED WITHOUT PREJUDICE. The court will enter a final judgment consistent with this order.

Signed at Houston, Texas on November 28, 2017.

_____
Gray H. Miller
United States District Judge